IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00789-CMA-BNB

NAN J. BAUMANN,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the Minute Order [Doc. # 21] setting this matter for trial commencing January 30, 2012,

IT IS ORDERED that the case schedule is modified to the following extent:

Dispositive Motion Deadline: **October 31, 2011**

Settlement Conference: A settlement conference will be held on **October 6, 2011, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  All settlement conferences that take place before the magistrate judge shall be confidential.  Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person.  (NOTE: This requirement is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)  Each party shall submit a confidential settlement statement to the magistrate judge on or before **September 29, 2011**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the

client will accept or pay in settlement and any other essential terms of a settlement.

Final Pretrial Conference: The final pretrial conference set for February 23, 2011, is VACATED and RESET to **December 1, 2011, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **November 25, 2011**.

DATED:  June 23, 2011