IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00789-CMA-BNB

NAN J. BAUMANN,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Defendant's Unopposed Motion to Amend Answer** [docket no. 29, filed June 29, 2011] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Answer and Jury Demand for filing.


DATED:  June 30, 2011