IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00789-CMA-BNB

NAN J. BAUMANN,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

1. **Plaintiff's Motion for Leave to File First Amended Complaint** [Doc. # 46, filed 8/12/2011] (the "Motion to Amend"); and

2. **Plaintiff's Motion to Compel Reserve Information** [Doc. # 44, filed 8/11/2011] (the "Motion to Compel").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

1. The Motion to Amend [Doc. # 46] is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint and Jury Demand [Doc. # 46-5].

2. The Motion to Compel [Doc. # 44] is DENIED.

Dated August 25, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge