IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00789-CMA-BNB

NAN J. BAUMANN,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

_____

### ORDER

_____

This matter arises on the following:

(1)     **Motion to Modify Scheduling Order to Extend Discovery Cut Off Date** [Doc.

# 71, filed 10/13/2011] (the "Motion to Extend"); and

(2)     **Stipulated Motion to Modify Scheduling Order** [Doc. # 80, filed 10/24/2011]

(the "Stipulated Motion to Extend").

Good cause having been shown,

IT IS ORDERED:

(1)     The Stipulated Motion to Extend [Doc. # 80] is GRANTED, and the discovery

cut-off is extended to and including **November 15, 2011**;

(2)     The Motion to Extend [Doc. # 71] is DENIED as moot; and

(3)     The hearing set for October 31, 2011, at 9:30 a.m., is VACATED.

Dated October 31, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge