**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00789-CMA-BNB

NAN J. BAUMANN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**ORDER TO REMOVE FILING RESTRICTION ON DOCUMENT NO. 131**

---

Upon review of Plaintiff's Response to Defendant's Motion In Limine Re: Evidence and/or Argument of Plaintiff's Age (Doc. # 131), the Court finds no information within the document to warrant filing under restriction. Therefore, it is

ORDERED that the Level 1 Restricted Access shall be and hereby is REMOVED from Doc. # 131.

DATED:  January   20  , 2012

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge