**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00789-CMA-BNB

NAN J. BAUMANN,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to the Stipulation for Dismissal With Prejudice (Doc. # 148), signed by the attorneys for the parties hereto, and the Court being fully advised in the premises, it is hereby

      ORDERED that the claims of Plaintiff in this action are DISMISSED WITH PREJUDICE as to the Defendant, each party to pay her or its own costs.

      DATED:  January __31__, 2012

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Court Judge